# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of March, two thousand twenty-six,

---

Raymond Kessler, individually and on behalf of all others similarly situated, Hartence Hill, Lazaro Rodriguez, Barbara Abreu, Teresa Herendeen,

      Plaintiffs - Appellees,

v.

Pat Zhen, Bilal Amjad,

      Objectors - Appellants,

Enoch Barquero

      Appellant,

v.

The Quaker Oats Company,

      Defendant - Appellee.

**ORDER**
Docket No. 25-2146

---

Appellant Pat Zhen's submission of a Brief does not comply with the Court's prescribed filing requirements. Despite due notice, the defect has not been cured.

IT IS HEREBY ORDERED that the said Brief is stricken from the docket.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

