# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of August, two thousand twenty-six.

---

Raymond Kessler, individually and on behalf of all others similarly situated, Hartence Hill, Lazaro Rodriguez, Barbara Abreu, Teresa Herendeen,

Plaintiffs - Appellees,

v.

Pat Zhen, Bilal Amjad,

Objectors - Appellants,

Enoch Barquero

Appellant,

v.

The Quaker Oats Company,

Defendant - Appellee.

---

**ORDER**

Docket Nos. 25-2146 (L), 25-2377 (Con), 25-2614 (Con), 26-81 (Con), 26-227 (Con), 26-238 (Con)

Appellant Pat Zhen moves for an extension of time, to August 20, 2026, to file the reply brief.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe