# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of August, two thousand twenty-six.

---

Raymond Kessler, individually and on behalf of all others similarly situated, Hartence Hill, Lazaro Rodriguez, Barbara Abreu, Teresa Herendeen,

Plaintiffs - Appellees,

v.

Pat Zhen, Bilal Amjad,

Objectors - Appellants,

Enoch Barquero

Appellant,

v.

The Quaker Oats Company,

Defendant - Appellee.

---

**ORDER**

Docket Nos. 25-2146 (L), 25-2377 (Con), 25-2614 (Con), 26-81 (Con), 26-227 (Con), 26-238 (Con)

Appellant Enoch Barquero moves to file his reply brief out of time.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED. Appellant Enoch Barquero's reply brief filed on August 11, 2026, is accepted for filing.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

